UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
: 
GERMANIUM INC., : 16-CV-2596 (ARR) (SMG)
:
        Plaintiff, :
:
  -against- : ORDER
:
CHINA RESOURCES SNOW BREWERY (LIAONING) :
CO. LTD., :
:
        Defendant. :
:
---------------------------------------------------------------- :
: X

ROSS, United States District Judge:

    The Court has received the Report and Recommendation on the instant case dated October 19, 2016 from the Honorable Steven M. Gold, United States Magistrate Judge. No objections have been filed. Accordingly, the Court has reviewed the Report and Recommendation for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

SO ORDERED.

                                               /s/(ARR)
                                           _____
                                           Allyne R. Ross
                                           United States District Judge

Dated: November 28, 2016
       Brooklyn, New York